Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BEAU LEMMERMAN,

    Plaintiff,

v.

AIRGAS USA, LLC, et al.,

    Defendants.

No. 2:21-cv-01458-RAJ

ORDER

THIS MATTER comes before the Court upon Plaintiff's Motion to Continue Trial Date (Dkt. # 69) and Plaintiff's Motion to Conduct Trial Remotely (Dkt. # 72). Having considered the motions, the declarations of counsel, and the files and pleadings herein,

IT IS ORDERED that Plaintiff's Motion to Continue Trial Date and Plaintiff's Motion to Conduct Trial Remotely are **DENIED**.

DATED this 24th day of August, 2023.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1